| AO 10<br>Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2018 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Stranch, Jane B. | 2. Court or Organization<br><br>Sixth Circuit Court of Appeals | 3. Date of Report<br><br>08/07/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Active Circuit Judge | 5a. Report Type (check appropriate type)<br>☐ Nomination        Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

701 Broadway, Room 330
Nashville, TN 37203

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Branstetter Partners |
| 2. | Co-Executor | Estate #1 |
| 3. | Co-Executor | Estate #2 |
| 4. | Partner | BL Partners |
| 5. | Co-Trustee | G-G Trust - No Ownership |
| 6. | Trustee | G-S Trust |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Self-employed attorney |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Seigenthaler-Sutherland Cup Nat. First Amendment Moot Court, Columbus School of Law | 03/23/2018 - 03/24/2018 | Washington, DC | Moot Court Competition | Transportation, lodging, food |
| 2. | American Constitution Society | 06/06/2018 - 06/09/2018 | Washington, DC | Educational seminar | Registration |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stranch, Jane B. | 08/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Bank of America Accounts | A | Interest | L | T | | | | | |
| 2. | Capstar Bank Account | A | Interest | L | T | | | | | |
| 3. | UBS Financial Services, Inc. Accounts (H) | | | | | | | | | |
| 4. | - UBS Bank USA Deposit Account | A | Interest | J | T | | | | | |
| 5. | - American Funds Capital Income Builder Fund | D | Dividend | M | T | | | | | |
| 6. | - Virtus Emerging Mkts Opportunities Fund | A | Dividend | K | T | | | | | |
| 7. | - Virtus Multi-Sector Short-Term Bond Fund | A | Dividend | K | T | | | | | |
| 8. | - First Eagle Global Fund Class A | E | Dividend | N | T | | | | | |
| 9. | - Lincoln Life Deferred Income Annuity | | None | O | T | | | | | |
| 10. | - Telecom Argentina Stock | B | Dividend | | | Sold | 10/10/18 | J | | |
| 11. | CapStar Financial Holdings, Inc. Stock (CSTR) | | None | M | T | | | | | |
| 12. | John Hancock USA Pension Plan #2 (H) | | | | | | | | | |
| 13. | - American Funds 2025 TD | | None | N | T | | | | | |
| 14. | - American Funds 2035 TD | | None | N | T | | | | | |
| 15. | - American Funds Capital Income Builder | | None | N | T | | | | | |
| 16. | - Parnassus Core Equity Fund | | None | M | T | | | | | |
| 17. | - Undiscovered Mgr Behavorial Value Fund | | None | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stranch, Jane B. | 08/07/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. John Hancock USA Pension Plan #4 (H) | | | | | | | | | |
| 19. - Oppenheimer Developing Mkt Fund | | None | N | T | | | | | |
| 20. | | | | | Buy (add'l) | 03/13/18 | J | | |
| 21. - American Funds 2020 TD | | None | O | T | | | | | |
| 22. | | | | | Buy (add'l) | 03/13/18 | J | | |
| 23. - American Funds American Balanced Fund | | None | O | T | | | | | |
| 24. | | | | | Buy (add'l) | 03/13/18 | J | | |
| 25. | | | | | Sold (part) | 11/29/18 | L | | |
| 26. - Undiscovered Mgr Behavioral Value Fund | | None | N | T | | | | | |
| 27. | | | | | Buy (add'l) | 03/13/18 | J | | |
| 28. | | | | | Sold (part) | 11/29/18 | K | | |
| 29. - T. Rowe Price Sci & Tech Fund | | None | N | T | | | | | |
| 30. | | | | | Buy (add'l) | 03/13/18 | J | | |
| 31. Memphis Partners | | None | | | Sold | 07/25/18 | K | | |
| 32. Branstetter Partners (H) | | | | | | | | | |
| 33. - Pinnacle Bank Account | A | Interest | M | T | | | | | |
| 34. - Investment Property, Nashville, TN (Appraisal 4/09) | | None | P1 | Q | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stranch, Jane B. | 08/07/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Northwestern Mutual: Whole Life Policy | C | Dividend | M | T | | | | | |
| 36. Pinnacle Bank Accounts | B | Interest | N | T | | | | | |
| 37. Estate #1 (H) | | | | | | | | | |
| 38. -UBS AG Dep Account | A | Interest | | | Distributed | 10/01/18 | L | | |
| 39. - Pinnacle Bank Account | | None | | | Distributed | 12/03/18 | M | | |
| 40. - UBS Bank USA Bus. Acct. | A | Interest | J | T | | | | | |
| 41. - Virtus Equity Trend Fund Class A | | None | | | Distributed | 06/04/18 | M | | |
| 42. - General Mtrs. Accep.Corp.Bond | B | Interest | | | Distributed | 06/15/18 | L | | |
| 43. - BCM 1999-B A5 SER 1999-B CL A-5 | A | Interest | | | Distributed | 06/15/18 | J | | |
| 44. - OAK SER 2001-C CL A-4 | A | Interest | | | Distributed | 06/15/18 | J | | |
| 45. - FHR 3034 SE | A | Interest | | | Distributed | 08/15/18 | J | | |
| 46. - Memphis Tenn ASSUR BE/R/ | A | Interest | | | Distributed | 04/12/18 | L | | |
| 47. - Shelby Co TN Hlth Ed&HSG CRSOVR RV MLTFM C B/E/R/ | | None | | | Distributed | 08/15/18 | J | | |
| 48. - Blackrock Muni Assets Fund Inc | B | Dividend | | | Distributed | 02/09/18 | N | | |
| 49. - Nuveen Invt Quality Muni Fund Inc | C | Dividend | | | Distributed | 06/01/18 | M | | |
| 50. - Ivy Limited Term Bond Fund | B | Dividend | | | Distributed | 02/13/18 | O | | |
| 51. - Lord Abbett Short Duration Income Fund Class A | C | Dividend | | | Distributed | 02/13/18 | O | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stranch, Jane B. | 08/07/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. - Oppenheimer Rochester High Yield Municipal Fund Class A | B | Dividend | | | Distributed | 02/13/18 | M | | |
| 53. - Virtus Multi-Sector Short Term Bond Fund Class A | D | Dividend | | | Distributed | 06/04/18 | O | | |
| 54. - First Eagle Global Fund Class A | B | Dividend | | | Distributed | 02/13/18 | M | | |
| 55. - FT-Franklin Income C | C | Dividend | | | Distributed | 06/04/18 | M | | |
| 56. -Capstar Financial Holdings Inc Stock (X) | | None | L | T | | | | | |
| 57. -Metlife Stock (X) | | None | J | T | | | | | |
| 58. IRA #3 (H) | | | | | | | | | |
| 59. - Loomis Sayles Bond Fund (Class Institutional | A | Dividend | | | Sold | 11/29/18 | J | | |
| 60. - Virtus Newfleet Multi-Sector Short Term Bond Fund Class I | A | Dividend | | | Sold | 09/17/18 | J | | |
| 61. - Delaware Value Fund Institutional Class I | B | Dividend | K | T | | | | | |
| 62. - RMB Mendon Financial Services Fund Class A | A | Dividend | J | T | | | | | |
| 63. - First Eagle Global Funds Class I | B | Dividend | K | T | | | | | |
| 64. - Franklin Inc. Adv | A | Dividend | | | Sold | 05/29/18 | J | A | |
| 65. - The Income Fund of America Fund Class F2 | B | Dividend | K | T | | | | | |
| 66. | | | | | Sold (part) | 12/07/18 | J | A | |
| 67. - Loomis Sayles Global Equity and Income fund CL Y | A | Dividend | K | T | | | | | |
| 68. - Thornburg Income Builder CL I | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stranch, Jane B. | 08/07/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

| | NONE *(No reportable income, assets, or transactions.)* |
|---|---|

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  - Victory Trivalent Int'l Sm Cap | A | Dividend | J | T | | | | | |
| 70.  - Alpha Centric Inc Opport Fund Class A | A | Dividend | J | T | | | | | |
| 71. | | | | | Buy (add'l) | 05/29/18 | J | | |
| 72. | | | | | Buy (add'l) | 09/17/18 | J | | |
| 73.  - UBS Bank USA Deposit Acct | A | Interest | J | T | | | | | |
| 74.  -Pimco Income Class 12 | A | Dividend | J | T | Buy | 11/29/18 | J | | |
| 75.  -Virtus Small Cap Class 1 | A | Dividend | J | T | Buy | 05/29/18 | J | | |
| 76.  IRA #4 (H) | | | | | | | | | |
| 77.  - Loomis Sayles Bond Fund Class Institutional | A | Dividend | | | Buy (add'l) | 05/29/18 | J | | |
| 78. | | | | | Sold | 11/29/18 | J | | |
| 79.  - Virtus Newfleet Multi-Sector Short Term Bond Fund Class I | A | Dividend | | | Sold | 09/17/18 | J | | |
| 80.  - Delaware Value Fund Institutional Class I | A | Dividend | J | T | | | | | |
| 81. | | | | | Buy (add'l) | 05/29/18 | J | | |
| 82.  - RMB Mendon Financial Services Fund Class A | A | Dividend | J | T | | | | | |
| 83.  - First Eagle Global Funds Class I | A | Dividend | J | T | | | | | |
| 84.  - Franklin Inc Adv | A | Dividend | | | Sold | 05/29/18 | J | A | |
| 85.  - The Income Fund of America Fund Class F2 | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Loomis Sayles Global Equity and Income Fund CL Y | A | Dividend | J | T | | | | | |
| 87. | | | | | Buy (add'l) | 05/29/18 | J | | |
| 88. - Thornburg Income Builder CL I | A | Dividend | J | T | | | | | |
| 89. | | | | | Buy (add'l) | 05/29/18 | J | | |
| 90. -Victory Trivalent Int'l SmCap | A | Dividend | J | T | | | | | |
| 91. | | | | | Buy (add'l) | 05/29/18 | J | | |
| 92. -UBS Bank USA Dep Acc | | None | J | T | | | | | |
| 93. -Pimco Income Fund Class 12 | A | Dividend | J | T | Buy | 11/29/18 | J | | |
| 94. -Alpha Cenetric Inc Opportunities Fund | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 95. -Virtus Kar Small Cap Core Fund | A | Dividend | J | T | Buy | 05/29/18 | J | | |
| 96. Estate #2 (H) | | | | | | | | | |
| 97. -Pinnacle Bank Acct | | None | J | T | | | | | |
| 98. -Pinnacle Bank Acct | | None | K | T | | | | | |
| 99. -USB Bank USA Dep Acct | A | Interest | J | T | | | | | |
| 100. -Wells Fargo & Co. Stock | A | Dividend | | | Distributed | 06/01/18 | K | | |
| 101. -Shelby Cty TN Hlth Ed Bond | B | Interest | | | Distributed | 03/01/18 | L | | |
| 102. -Williamson Cty TN Bd of Ed Bond | A | Interest | | | Distributed | 05/01/18 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stranch, Jane B. | 08/07/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Memphis TN Elec Sys Bond | A | Interest | | | Distributed | 06/18/18 | L | | |
| 104. -Greeneville TN AGC Bond | A | Interest | | | Distributed | 06/18/18 | L | | |
| 105. -Lenoir City TN Assur Bond | A | Interest | | | Distributed | 06/18/18 | K | | |
| 106. -Springfield TN Assur Bond | A | Interest | | | Distributed | 06/18/18 | L | | |
| 107. -Metro Gov't Nashville + Davidson Cty Bond | A | Interest | | | Distributed | 06/18/18 | J | | |
| 108. -Tennessee Energy Acq Gas Bond | B | Interest | | | Distributed | 06/18/18 | L | | |
| 109. -Metro Gov't Nashville + Davidson Cty Bond | A | Interest | | | Distributed | 06/18/18 | K | | |
| 110. -Memphis-Shelby Cty TN Bond | B | Interest | | | Distributed | 06/18/18 | L | | |
| 111. -Montgomery Cty TN Bond | A | Interest | | | Distributed | 06/18/18 | L | | |
| 112. -Metro Gov't Nashville + Davidson Cty Bond | C | Interest | | | Distributed | 08/15/18 | M | | |
| 113. -Blackrock Muni Assets Fund | B | Dividend | | | Distributed | 06/01/18 | M | | |
| 114. -Ishares Nat'l Muni Bond ETF | B | Dividend | | | Distributed | 06/01/18 | M | | |
| 115. -Nuveen TN Muni Bond Fund Class A | D | Dividend | | | Distributed | 06/04/18 | O | | |
| 116. -Virtus Newfleet Multi-Sect Bond Class A | C | Dividend | | | Distributed | 06/04/18 | N | | |
| 117. -Parcel #1 Nashville, TN (Appraisal 11/3/17) | | None | | | Distributed | 05/17/18 | P1 | | |
| 118. -Parcel #2 Nashville, TN (Appraisal 11/3/17) | | None | | | Distributed | 05/08/18 | M | | |
| 119. -Parcel #3 Nashville, TN (Appraisal 7/31/15) | | None | | | Distributed | 05/17/18 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stranch, Jane B. | 08/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Rental Property #1 Nashville, TN 2015 $190,000 (Appaisal 7/31/15) | D | Rent | | | Distributed | 05/17/18 | M | | |
| 121. -Parcel #4 Nashville, TN (Appraisal 7/31/15) | | None | | | Distributed | 05/08/18 | J | | |
| 122. -Parcel #5 Nashville, TN $6,200, 2017 | | None | | | Distributed | 05/09/18 | J | | |
| 123. -Parcel #6 Nashville, TN (Appraisal 7/31/15) | | None | | | Distributed | 05/09/18 | M | | |
| 124. -Parcel #7 Nashville, TN (Appraisal 7/31/15) | | None | | | Distributed | 05/09/18 | O | | |
| 125. -Parcel #8 Nashville, TN (Appraisal 7/31/15) | | None | | | Distributed | 05/08/18 | M | | |
| 126. -Rental Property #2 Nashville, TN 2014 $312,480 | E | Rent | | | Distributed | 05/09/18 | N | | |
| 127. -Parcel #9 Nashville, TN (Appraisal 7/31/15) | | None | | | Distributed | 05/09/18 | J | | |
| 128. -Rental Propery #3 Nashville TN 2014 $570,000 | D | Rent | | | Distributed | 05/09/18 | O | | |
| 129. -Parcel #10 Nashville, TN (Appraisal 7/31/15 | | None | | | Distributed | 05/09/18 | K | | |
| 130. -Parcel #11 Nashville, TN (Appraisal 7/31/15) | | None | | | Distributed | 05/09/18 | N | | |
| 131. -Parcel #12 Nashville, TN (Appraisal 7/31/15) | | None | | | Distributed | 05/09/18 | J | | |
| 132. -Synovus Fin Corp (X) | | None | J | T | | | | | |
| 133. Trust #1 (H) G-S Trust | | | | | | | | | |
| 134. -UBS Bank USA | A | Interest | K | T | Open | 01/31/18 | J | | |
| 135. -Oppenheimer Rochester HY Muni (X) | B | Dividend | | | Sold | 10/03/18 | L | C | |
| 136. -Ivy Ltd Term Bond Fund CLass A (X) | B | Dividend | | | Sold | 10/04/18 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stranch, Jane B. | 08/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Lord Abbett Sht Duration Inc Fund (X) | C | Dividend | | | Sold (part) | 09/10/18 | K | | |
| 138. | | | | | Sold | 10/04/18 | M | | |
| 139. -Blackrock Muni Assets Fund (X) | C | Dividend | | | Sold | 10/04/18 | L | | |
| 140. -AIG Focused Div Strategy Class W | B | Dividend | K | T | Buy | 10/03/18 | K | | |
| 141. -Blackrock Health Sci Inst'l Fund | B | Dividend | K | T | Buy | 10/03/18 | K | | |
| 142. | | | | | Sold (part) | 12/28/18 | J | | |
| 143. -Touchstone Inv Mid Cap Class Y | B | Dividend | K | T | Buy | 10/03/18 | K | | |
| 144. | | | | | Sold (part) | 12/28/18 | J | | |
| 145. -Victory Trivalent Int'l Sm Cap Class Y | A | Dividend | K | T | Buy | 10/03/18 | K | | |
| 146. -Alger Spectra Class Z | C | Dividend | K | T | Buy | 10/03/18 | K | | |
| 147. | | | | | Sold (part) | 12/28/18 | J | | |
| 148. -Alpha Centric Income Opport Class I | A | Dividend | K | T | Buy | 10/03/18 | K | | |
| 149. -Nuveen Short Duration Hy Muni Bnd Class I | A | Dividend | K | T | Buy | 10/03/18 | K | | |
| 150. -First Eagle Global CLass I (X) | C | Dividend | K | T | | | | | |
| 151. | | | | | Buy (add'l) | 10/03/18 | J | | |
| 152. -Janus Henderson Bal Class I | B | Dividend | K | T | Buy | 10/03/18 | K | | |
| 153. -Loomis Sayles GLobal Alloc Class Y | B | Dividend | K | T | Buy | 10/03/18 | L | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stranch, Jane B. | 08/07/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold (part) | 12/28/18 | J | | |
| 155. -Thornburg Income Builder Class I | A | Dividend | K | T | Buy | 10/03/18 | K | | |
| 156. -8012 Nashville TN (X) Appraisal 11-3-17 | | None | O | Q | | | | | |
| 157. -Land Nashville TN (X) Appraisal 2-8-18 | | None | L | Q | | | | | |
| 158. -Rental property (X) Nashville TN Appraisal 2-22-18 | D | Rent | M | Q | | | | | |
| 159. -24.75% owner BL Partners (X), Nashville, TN | C | Rent | O | W | | | | | |
| 160. College America 529 Cap Inc Bldr CIB A (X) | | None | J | T | | | | | |
| 161. BL Partners (X), Nashville, TN | A | Rent | J | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stranch, Jane B. | 08/07/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

All Part VII, references by line listed below:

1. Line 12, John Hancock USA Pension Plan #2 continuing through Line 17 contain units in a pooled investment account that is controlled by and held in the custody of John Hancock. No information is maintained at the participant level that applies to Column B of this report.

2. Line 18, John Hancock USA Pension Plan #4 continuing through Line 30 is for spouse and contain units in a pooled investment account that is controlled by and held in the custody of John Hancock. No information is maintained at the participant level that applies to Column B of this report.

3. Line 32, Branstetter Partners assets are reported at total value as there are multiple beneficiaries.


Part 1 - Positions -

Line 5 - Co-Trustee G-G Trust - No Ownership. In accordance with page 31 of the filing instructions, assets of the trust are not required to be reported in Part VII as the filer and her spouse who have no dependent children, did not receive income from the trust, has no beneficial interest in principal or income from the trust and were not involved in the creation of the trust.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Jane B. Stranch**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544